# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Deontre Devyon Williams,<br>*Petitioner*<br>v.<br>Federal Bureau of Prisons, FCI-2; J.G. Holland, Complex Warden,<br>*Respondents* | ) ) ) ) ) )   Civil Action No.   8:17-cv-01125-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Deontre Devyon Williams, shall take nothing of the respondents, Federal Bureau of Prisons and J.G. Holland, as to the petition filed pursuant to 28 U.S.C. §2241 and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended dismissal of the petition without prejudice.

Date: June 27, 2017

ROBIN L. BLUME, CLERK OF COURT

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*